# PHILIP J. DINHOFER, LLC
ATTORNEYS AT LAW
77 N. CENTRE AVE. - SUITE 311
ROCKVILLE CENTRE, NY 11570
TEL: 516-678-3500
FAX: 516-678-4235
E-MAIL: PJDLLC2806@YAHOO.COM

May 31, 2017

<u>**Via ECF**</u>

Hon. Leonard D. Wexler
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, N.Y. 11722

Re: Russo v. MTA
    CV-15-6787 (LDW)(AKT)

Dear Judge Wexler:

I write to advise the Court that the parties have reached a settlement in this action. I anticipate that following our receipt and execution of the defendant's settlement papers and their tender of the agreed settlement amount, a stipulation of discontinuance will be filed with the Court by defendant within the next 30 days.

Accordingly, there will be no need to proceed to trial on June 19, 2017 as previously scheduled, nor will the Court need to resolve all pending motions and cross-motions.

On behalf of my client Michelle Russo, the defendant MTA, their attorneys and myself, kindly allow me to express our most sincere appreciation for the Court's ongoing courtesy and cooperation throughout this process that facilitated the parties ability to communicate with each and to arrive at this settlement.

Respectfully yours,

*Philip J. Dinhofer*

PHILIP J. DINHOFER
PJD/dd
cc: James Horton, Esq.
    (Via ECF)