UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
MICHELLE RUSSO,

               Plaintiff,

    -against-

METROPOLITAN TRANSPORTATION
AUTHORITY,

              Defendant.
-------------------------------------------------X

Docket #: 15-CV-6787 (LDW)(AKT)

**STIPULATION OF DISCONTINUANCE**

**IT IS HEREBY STIPULATED** by and between counsel for plaintiffs and the defendant that the within action is discontinued with prejudice and without costs to either party.

Dated: Rockville Center, New York
       June 17, 2017

By: James M. Woolsey III
LANDMAN CORSI BALLAINE & FORD, PC
Attorneys for Defendant
120 Broadway, 27th Floor
New York, NY 10271-0079
212-238-4800

By: Philip J. Dinhofer
PHILIP J. DINHOFER, LLC
Attorneys for Plaintiff
77 N. Center Ave.- Suite 311
Rockville Centre, NY 11570
516-678-3500